# Exhibit A

# CBS Watch! Magazine Subscribers Mailing List

CBS Watch! Magazine is an exclusive, upscale television and pop culture publication for today's demanding consumer, offering interviews with the stars and thought-provoking editorial on show business, glamour, food, fashion, travel, and other lifestyle subjects. These sophisticated and saavy subscribers are passionate about style, travel, and pop culture. They seek out the latest in celebrity and TV news, and enjoy the magazine's sleek, glossy photography and engaging content about their favorite stars and shows.

[Get Count] [Get Pricing] [Get More Information]

| SEGMENTS | COUNTS THROUGH 11/30/2018 | |
|---|---|---|
| 151,355 | TOTAL UNIVERSE / BASE RATE | $100.00/M |
| 28,548 | 3 MONTH PAID SUBSCRIBERS | + $12.00/M |
| 61,852 | 6 MONTH PAID SUBSCRIBERS | + $9.00/M |
| 138,089 | 12 MONTH PAID SUBSCRIBERS | + $6.00/M |
| 151,355 | ACTIVE PAID SUBSCRIBERS | $100.00/M |
| | FUNDRAISER RATE | $75.00/M |
| | CATALOG RATE | $75.00/M |

| POPULARITY: | 95 |
|---|---|
| MARKET: | CONSUMER |
| CHANNELS: | |
| SOURCE: | DRI ONLINE |
| PRIVACY: | UNKNOWN |
| DMA?: | YES - MEMBER |
| STATUS: | PREFERRED PROVIDER |
| GEO: | USA |
| GENDER: | 78% FEMALE 22% MALE |

| SELECTS | |
|---|---|
| 1 MONTH HOTLINE | $15.00/M |
| 3 MONTH HOTLINE | $12.00/M |
| 6 MONTH HOTLINE | $9.00/M |
| GENDER/SEX | $8.00/M |
| MONTHLY HOTLINE | $15.00/M |
| PAID | $10.00/M |
| SCF | $8.00/M |
| STATE | $8.00/M |
| ZIP | $10.00/M |

| ADDRESSING | |
|---|---|
| KEY CODING | NOT AVAILABLE |
| EMAIL DELIVERY (FLAT FEE) | $75.00/F |
| FUNDRAISING/NON-PROFIT | $75.00/M |

## DESCRIPTION



CBS Watch! Magazine is an exclusive, upscale television and pop culture publication for today's demanding consumer, offering interviews with the stars and thought-provoking editorial on show business, glamour, food, fashion, travel, and other lifestyle subjects.

These sophisticated and saavy subscribers are passionate about style, travel, and pop culture. They seek out the latest in celebrity and TV news, and enjoy the magazine's sleek, glossy photography and engaging content about their favorite stars and shows.

**Demographics/Profile:**
Median Age 48
Average Household Income $75,000+

All orders cancelled after merge and/or mail date will be billed at full rental rate. Orders cancelled prior to merge will be billed a $150/F fee plus $10/M run charges and all applicable selection charges. List owner/manager needs to be notified of any cut backs

### RELATED LISTS

- AICR - AMERICAN INSTITUTE FOR CANCER RESEARCH DONORS
- GARDEN AND GUN ACTIVE SUBSCRIBERS
- CONSUMER REPORTS ON HEALTH
- SPECIAL OLYMPICS INTERNATIONAL
- PARALYZED VETERANS OF AMERICA NON-PREMIUM DONORS
- NATIONAL FOUNDATION FOR CANCER RESEARCH
- MAYO CLINIC HEALTH LETTER
- CHRISTIAN APPALACHIAN PROJECT CONTRIBUTOR
- AMERICAN DIABETES ASSOCIATION DONORS
- SMITHSONIAN MAGAZINE