# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| JENNIFER DIAL a/k/a JENNIFER STEPHENS; MINDY MARKOWITZ; and ROBERT FEEN, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AMERICAN COLLEGIATE MARKETING, INC.,<br><br>Defendant. | Case No. 2:22-cv-12282-TGB-APP<br><br>Hon. Terrence G. Berg<br>Mag. Anthony P. Patti<br><br>**JURY TRIAL DEMANDED** |

## STIPULATION OF DISMISSAL PURSUANT TO
## FED. R. CIV. P. 41(a)(1)(A)(ii)

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs Jennifer Dial a/k/a/ Jennifer Stephens, Mindy Markowitz, and Robert Feen ("Plaintiffs") and Defendant American Collegiate Marketing, Inc. (collectively the "Parties"), by and through their respective counsel of record, hereby stipulate and agree as follows:

1. The above-captioned action against Defendant American Collegiate Marketing, Inc. is hereby dismissed, in its entirety, without prejudice.

2. The Parties shall bear their own costs and fees.

Dated: February 2, 2023									Respectfully submitted,

| | |
|---|---|
| */s/ E. Powell Miller* | */s/ Lindsay N. Dangl (w/permission)* |
| THE MILLER LAW FIRM, P.C. | Lindsay N. Dangl (P73231) |
| E. Powell Miller (P39487) | MURPHY & SPANUOLO, P.C. |
| Sharon S. Almonrode (P33938) | 2123 University Park Dr., Ste 130 |
| 950 W. University Drive, Suite 300 | Okemos, MI 48864 |
| Rochester, MI 48307 | (517) 351-2020 |
| (248) 841-2200 | |
| epm@millerlawpc.com | *Attorneys for Defendant American* |
| ssa@millerlawpc.com | *Collegiate Marketing, Inc.* |

BURSOR & FISHER, P.A.
Joseph I. Marchese
Philip L. Fraietta (P85228)
888 Seventh Avenue
New York, New York 10019
(646) 837-7150
jmarchese@bursor.com
pfraietta@bursor.com

HEDIN HALL LLP
Frank S. Hedin
Arun G. Ravindran
1395 Brickell Ave, Suite 1140
Miami, FL 33131
(305) 357-2107
fhedin@hedinhall.com
aravindran@hedinhall.com

*Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 2, 2023, I electronically filed the foregoing documents using the Court's electronic filing system, which will notify all counsel of record authorized to receive such filings.

>/s/ E. Powell Miller
> E. Powell Miller (P39487)
> **THE MILLER LAW FIRM, P.C.**
> 950 W. University Dr., Ste. 300
> Rochester, MI 48307
> Tel: (248) 841-2200
> epm@millerlawpc.com